Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRANSFAIR NORTH AMERICA INTERNATIONAL FREIGHT SERVICES, LLC dba SCAN GLOBAL LOGISTICS and TRANSGROUP INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>TOP SHELF MANUFACTURING, LLC dba EDSAL SANDUSKY,<br><br>Defendant. | No. 2:24-cv-01387 RAJ<br><br>**MOTION FOR LEAVE TO WITHDRAW APPEARANCE AND SUBSTITUTE COUNSEL FOR DEFENDANT TOP SHELF MANUFACTURING, LLC DBA EDSAL SANDUSKY**<br><br>**NOTED FOR MOTION: OCTOBER 9, 2024** |

Pursuant to LCR 83.2(b)(1), Andrew D. Shafer of Ketter, Sheppard & Jackson, LLP, moves to withdraw as counsel of record for Defendant Top Shelf Manufacturing, LLC dba Edsal Sandusky. Steven W. Block of Lane Powell PC, who recently filed a Notice of Appearance, will continue as counsel for Defendant Top Shelf Manufacturing, LLC dba Edsal Sandusky.

I certify that a copy of this motion was served on our client, Top Shelf Manufacturing, LLC, dba Edsal Sandusky, by email to Scott White, swhite@edsal.com, CEO of Top Shelf Manufacturing, LLC dba Edsal Sandusky, and opposing counsel as listed in the attached certificate.

Counsel for plaintiff has confirmed that plaintiff does not object to this motion.

MOTION FOR LEAVE TO WITHDRAW APPEARANCE AND SUBSTITUTE COUNSEL - 1
Case No. 2:24-cv-01387 RAJ

136163.0001/9903693.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: October 9, 2024.

| | |
|---|---|
| LANE POWELL PC | LANE POWELL PC |
| By *s/ Andrew D. Shafer*<br>Andrew D. Shafer, WSBA No. 9405<br>ashafer@sksp.com | By *s/ Steven W. Block*<br>Steven W. Block, WSBA No. 24299<br>blocks@lanepowell.com |
| Withdrawing Attorney for Defendant Top Shelf Manufacturing, LLC dba Edsal Sandusky | Substituting Attorney for Defendant Top Shelf Manufacturing, LLC dba Edsal Sandusky |

MOTION FOR LEAVE TO WITHDRAW
APPEARANCE AND SUBSTITUTE COUNSEL - 2
Case No. 2:24-cv-01387 RAJ

136163.0001/9903693.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I certify that a true, correct and complete copy of the foregoing Motion for Leave to Withdraw Appearance and Substitute Counsel was filed with the above court through its ECF system and a copy was electronically delivered to counsel for the parties of record as follows:

Cameron W. Roberts
Roberts & Kehagiaras, LLP
100 West Broadway, Suite 660
Long Beach, CA 90802
Email: cwr@tradeandcargo.com
*Attorney for Plaintiff*

Chris P. Reilly
Nicoll Black & Feig, PLLC
1325 Fourth Avenue, Ste. 1650
Seattle, WA 98101
Email: creilly@nicollblack.com
*Attorney for Plaintiff*

DATED this 9th day of October, 2024.

            *s/ Alisa R. Flabel*
            Alisa R. Flabel, Legal Assistant

MOTION FOR LEAVE TO WITHDRAW
APPEARANCE AND SUBSTITUTE COUNSEL - 3
Case No. 2:24-cv-01387 RAJ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

136163.0001/9903693.1