# OBJECTIONS TO DESIGNATIONS OF DEPOSITION EXCERPTS
## Deposition of Jason Wilkerson (May 28, 2025)
### Being offered by Plaintiff Scan Global (designating testimony in yellow/orange)

| Plaintiff's Page/Line | Objection | Response | Court Ruling |
|---|---|---|---|
| 5:11-22 | | | |
| 6:1-17 | | | |
| 6:25 – 7:4 | | | |
| 7:11 – 8:14 | | | |
| 11:23 – 12:3 | | | |
| 14:5-11 – 26:21 | 22:8-10 Legal Conclusion (question) 22:12-15 (answer) | Asking a 30(b)(6) whether a document has a purpose as a contract is not seeking a legal conclusion. | O |
| 27:4 – 28:14 | | | |
| 29:23 – 30:1 | | | |
| 30:8-13 | | | |
| 30:23 – 31:1 | | | |
| 31:5-11 | | | |
| 32:25 – 33:13 | | | |
| 33:23 – 34:22 | | | |
| 35:1 – 36:6 | | | |
| 36:22 – 38:17 | | | |
| 38:25 – 39:8 | | | |

| Plaintiff's Page/Line | Objection | Response | Court Ruling |
|---|---|---|---|
| 39:19 – 40:9 | | | |
| 40:15 – 42:6 | | | |
| 43:4-23 | | | |
| 44:1 – 46:21 | | | |
| 47:1-7 | | | |
| 47:18 – 50:19 | | | |
| 51:14 – 55:23 | 55:1-4 Legal Conclusion (question)<br>55:6-10 (answer)<br>55:15-17 Lack of Foundation (question)<br>55:19-23 (answer) | Witness understood what assuming the risk meant and it was not a legal conclusion.<br>Agree as to Transfair. Edsal's 30(b)(6) witness can testify about circumstances Edsal foresaw. | O<br>O |
| 56:8 – 57:25 | 56:12-14 Lack of Foundation (question)<br>56:17-21 (answer)<br>57:5-7 Lack of Foundation (question)<br>57:11-14 (answer)<br>57:18-20 Lack of Foundation (question)<br>57:22-25 (answer) | Agree.<br><br>His testimony demonstrates he had knowledge to respond to question.<br>Agree. | S/O  O |
| 58:11 – 61:20 | 58:11-20 Lack of Foundation (question)<br>58:22 (answer)<br>58 23-25 Lack of Foundation (question)<br>59:2-16 (answer)<br>61:8-12 Legal Conclusion (question)<br>61:14-20 (answer) | Edsal's position in this case is that delays in returning empty containers should not be billed to them.<br>Edsal's position is that Transfai's actions / inactions caused delays. This is their 30(b)96) witness. Who else could answer for Edsal.<br><br>Edsal is claiming principal to principal communications are relevant to the parties' expectations. The follow up question is not seeking a legal conclusion, but facts about Transfair's communications. | O  O  O |
| 61:22 – 62:25 | 61:22-24 Legal Conclusion (question)<br>62:1-5 (answer) | Witness responded to factual question with factual answer. No legal conclusion involved. | O |
| 63:12 – 65:13 | 65:5-6 Lack of Foundation; Relevance (question) | 30(b)(6) witness had knowledge to answer no. It is | O |

| Plaintiff's Page/Line | Objection | Response | Court Ruling |
|---|---|---|---|
| 65:8-9 (answer) | | relevant, because Edsal is trying to hold Transfair responsible for activities outside Transfair's control. | O |
| 67:23 – 68:25 | | | |
| 69:3 – 71:19 | 69:23 – 70:1 Lack of Foundation (question) 70:3 (answer) | As controller and 30(b)(6) witness, witness had foundation to provide answer in which he did not equivocate. | O |
| 72:2 – 78:2 | | | |
| 82:1 – 85:3 | | | |
| 85:24 – 94:10 | 88:7-9 Lack of Foundation (question) 88:11-16 (answer) | Agree | S |
| 94:21 – 99:20 | 98:12-16 Legal Conclusion (question) 98:18-20 (answer) 98:21-24: Lack of Foundation (question) 99:1 (answer) | Answering both of these objections together because the question was rephrased and understood by the witness, with as the 30(b)(6) witness could understand that MSC could look to either Transfair or Edsal for payment and had a specific provision allowing it to go after shipper if shipper paid NVOCC and NVOCC failed to pay carrier. | O |
| 99:23 – 101:10 | 99:8-10 Lack of Foundation; Legal Conclusion (question) 99:12-16 (answer) | Whether the underlying third party invoices were paid is a question of fact, not a legal conclusion. | O |
| 101:15 – 104:11 | | | |
| 101:15 – 104:11 | | | |
| 104:22 – 106:3 | | | |
| 106:10 – 108:25 | | | |
| 109:9 – 120:21 | 111:7-9 Legal Conclusion (question) 111:11-14 (answer) 117:15-17 Lack of Foundation (question) 117:19 – 118:10 (answer) | Asking about the source of Edsal's obligations is not seeking a legal conclusion Agree | o/ S |
| 121:14 – 125:10 | 122:18-23 Lack of Foundation (question) 122:25 – 126:5 (answer) | Agree | S |

| Plaintiff's Page/Line | Objection | Response | Court Ruling |
|---|---|---|---|
| | 124:2 Lack of Foundation (question) 124:4 – 125:3 (answer) | Edsal is taking the position here that Transfair failed to contest questionable expenses – asking Edsal's 30(b)(6) witness what Transfair should have done instead of what it did is fair play – if Edsal does not know, that is useful information for the trier of fact. | O |
| 126:7 – 127:25 | | | |
| 129:10 – 133:25 | | | |
| 134:7 – 137:24 | 136:8-11 Lack of Foundation; Speculation (question) 136:12-22 (answer) | Edsal is taking the position that Transfair should absorb detention and demurrage charges. Asking Edsal to define the criteria for when that is appropriate is a proper question. | O |
| 138:7 – 139:6 | | | |
| 145:18 – 146:7 | | | |
| 146:15 – 151:10 | 150:4-6 Lack of Foundation (question) 150:7-19 (answer) 151:3-9 Lack of Foundation (question) 151:10 (answer) | The 30(b)(6) witness explains that Edsal believes that certain of the pass through expenses would have been built into the cost of ocean carriage. This misunderstanding is important to consider for the trier of fact. That's part of Edsal's defense. The Rule 30(b)(6) witness knew exactly what Edsal's position on pass through charges is.  Second objection: agree | O / S |
| 152:1-25 | | | |
| 153:7-11 | | | |
| 153:25 – 155:7 | | | |
| 156:9 – 162:14 | | | |
| 162:19 – 163:22 | | | |
| 166:1 – 167:25 | | | |

| Plaintiff's Page/Line | Objection | Response | Court Ruling |
|---|---|---|---|
| 168:5-23 | | | |
| 169:5 – 172:9 | | | |
| 173:22 – 174:23 | | | |

# OBJECTIONS TO DESIGNATIONS OF DEPOSITION EXCERPTS
## Deposition of Angela Santillan (June 11, 2025)
### Being offered by Defendant Edsal (designating testimony in green)

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 11:7-10 question and 11:12-22 answer | Compound; vague and ambiguous as to "issues of the lawsuit", which potentially covers a lot of ground and would not necessarily be apparent to the witness. | Not compound; and "issues of lawsuit" is not vague and ambiguous. This is a general inquiry to determine the witness' competence. | O |
| 13:8-10 question and 13:12-15 answer | ER 408 inquiring about conduct or statements re compromise communications | Just a yes or no question as to whether any efforts were taken – not asking what was or might been offered in settlement. This is a general inquiry to determine the witness' competence. Does not address offers of compromise | O |
| 13:16-17 question and 13:19-21 answer | ER 408 inquiring about conduct or statements re compromise communications | Just a yes or no question as to whether any efforts were taken – not asking what was or might been offered in settlement. This is a general inquiry to determine the witness' competence. Does not address offers of compromise. | O |
| 13:22-14:3 question and 14:5-8 answer | ER 408 inquiring about conduct or statements re compromise communications | Does not address offers of compromise. | O |
| 22:4-7 question and 22:9-12 answer | Vague and ambiguous as to "proper", the definition of which is in dispute in this matter | Is not vague and ambiguous. Whether Scan is familiar with what constitutes a proper charge is at the heart of the lawsuit. | O |
| 22:13-18 question and 22:20-23:10 answer | Vague and ambiguous as to meaning and scope of "scrutinize" | Is not vague and ambiguous. Whether Scan scrutinizes charges is at the heart of the lawsuit. | O |
| 70:12-22 question | Misstates prior testimony | The question is merely re-asked offering a chance to clarify. Nothing is recharacterizes. | O |

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 92:4-9 question and 92:11-14 answer | Question asks witness to speculate about generic customers' mental impressions and reliance on expertise | Does not call for speculation when Scan's intent is to create the mental impression and reliance on expertise. | O |
| | | | |
| | | | |
| | | | |
| | | | |

# OBJECTIONS TO DESIGNATIONS OF DEPOSITION EXCERPTS
## Deposition of Daniel Gardner (July 7, 2025)
### Being offered by Defendant Edsal (designating testimony in green)

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 9:11-13 question and 9:15 answer | Question seeks witness to speculate on what opinions will be solicited at trial, the substance and scope of which will be governed by rules of procedure and evidence | This is an appropriate question for an expert, the point being to gain full understanding of scope of testimony. | ○ |
| 22:16-19 question | Vague and ambiguous as to contrived label of "accounting spreadsheets" | The spreadsheets are Scan exhibits that Mr. Gardner apparently reviewed as part of his opinions. | ○ |
| 71:5-11 question and 71:12 answer | The law referenced in the question was not enacted at the time of the transportation services provided and in dispute in this matter. | This is not a proper basis to exclude the question. | ○ |
| 71:16-20 question and 71:22 answer | Question conflates prior analysis of OSRA 22 law and situation to which it does not apply and also uses vague term "appropriate", which matters here because appropriateness of charges is matter in dispute. | This is not a proper basis to exclude the question. | ○ |
| 73:3-8 question and 73:10-12 answer | Vague and ambiguous as to meaning of "scrutinize" which is an issue in dispute. | This is not vague and ambiguous as used here. | ○ |
| 73:13-18 question and 73:20-21 answer | Incomplete hypothetical | Not incomplete contextually. | ○ |
| 75:19-76:1 question and 76:3-7 answer | Question mis-states facts | Does not misstate facts. | ○ |
| 76:8-13 question and 76:14-17 | Question mis-states facts | Does not misstate facts. | ○ |
| 94:23-95:1 question and 95:3 answer | Vague and ambiguous as to meaning of scrutinize, which is disputed between the parties. | This is not vague and ambiguous as used here. | ○ |

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 95:4-9 question and 95:11-17 answer | Incomplete hypothetical and again uses loaded term scrutinize, which can have multiple meanings in this context | Not incomplete contextually. This is not vague and ambiguous as used here. | O |
| 95:18-23 question and 95:25-96:17 answer | Vague and ambiguous as to term "without justification" | This is not vague and ambiguous as used here. | O |
| 104:19-20 question and 104:22-23 answer | Vague and ambiguous as to term "what exactly happened here" when there are hundreds of transactions, all potentially unique. | This is not vague and ambiguous as used here. | O |
| | | | |
| | | | |
| | | | |
| | | | |